

Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| JON RAMIREZ | * | Case No. 18-21004-NVA |
| | * | |
| | * | (Chapter 13) |
| | * | |
| Debtor | * | |
| | * | |

### ORDER CONFIRMING PLAN

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditors and it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U. S. C. §1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED,** that the plan of the Debtor filed January 14, 2019 is hereby confirmed; and it is further

**ORDERED**, that the property of the estate shall not vest in the Debtor until the Debtor is granted a discharge or this case is dismissed; and it is further

**ORDERED**, that the Debtor is directed to pay to the Trustee, on or before the 19th day of each month, the sum of $500.00 for a period of 5 months and then the sum of $566.00 for 55 months for a total term of 60 months. In addition, the Debtor is directed to pay to the Trustee, on or before the 1st day of April 2019 the sum of $3,400.00; and it is further

**ORDERED,** that, while this case is pending, the Debtor is directed to provide to the Trustee a copy of each Federal and State income tax return, and any amendment, at the time the returns are filed with the Internal Revenue Service and the applicable State agency; and it is further

**ORDERED,** that, in addition to the monthly payments designated above, the Debtor shall remit to the Trustee tax refunds in the amounts and within the times specified in the plan.

224.224.ConfOdr-TaxRefs-StepTaxRefs-Step

\* \* \* \*

TRUSTEE RECOMMENDATION:

The Chapter 13 Trustee represents that the plan complies with the provisions of 11 U.S.C. §1325 and recommends confirmation.

/s/   *Robert S. Thomas, II*
Robert S. Thomas, II, Chapter 13 Trustee

cc:   All Creditors, Debtor, Counsel to Debtor, Trustee

**END OF ORDER**